Label Matrix for local noticing
0540-4
Case 19-40604
Eastern District of Texas
Sherman
Fri Mar 22 17:07:24 CDT 2019

Baylor Scott White Medical Center
P.O. Box 840782
Dallas, TX 75284-0782

Capital One
P.O. Box 71087
Charlotte, NC 28272-1087

Capital One
PO Box 60599
City of Industry, CA 91716-0599

Chase Member Services
P.O. Box 15298
Wilmington, DE 19850-5298

Citibank Card
P.O. Box 6004
Sioux Falls, SD 57117-6004

Credit One
P.O. Box 98873
Las Vegas, NV 89193-8873

Paul R. Crockett II
RAS Crane, LLC
10700 Abbott's Bridge Road
Suite 170
Duluth, GA 30097-8461

Carey D. Ebert
P. O. Box 941166
Plano, TX 75094-1166

Enhanced Recovery Company
P.O. Box 57547
Jacksonville, FL 32241-7547

IRS
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA  19101-7346

Innovative Emergency Medicine
P.O. Box 24088
Fort Worth, TX 76124-1088

Innovative Emergency Physicians
P.O. Box 8723
Fort Worth, TX 76124-0723

Internal Revenue Service
Centralized Solvancy Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Jeanie Hays Loflin
1561 Morris Lane
Frisco, TX 75034-1824

William Michael Loflin
1561 Morris Lane
Frisco, TX 75034-1824

MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

Mariner Finance, LLC
8211 Town Center Drive
Nottingham, MD 21236-5904

NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
RAS Crane LLC
10700 Abbotts Bridge Road, Suite 170
Duluth, GA 30097-8461

Nationstar Mortgage, dba Mr Cooper
8950 Cypress Waters Blvd.
Coppell, TX 75019-4620

Theda Whittington Page
The Page Law Firm, P.C.
1125 Legacy Dr.
Suite 320
Frisco, TX 75034-1943

Personify Financial
P.O. Box 500650
San Diego, CA 92150-0650

Republic Bank & Trust Co dba/Elastic
P.O. Box 950276
Louisville, KY 40295-0276

The Page Law Firm
1125 Legacy Drive, Suite 320
Frisco, TX 75034-1943

U.S. Attorney General
Department of Justice
Main Justice Building
10th & Constitution Ave., NW
Washington, DC 20530-0001

U.S. Department of Education
400 Maryland Avenue, SW
Washington, DC 20202-0008

US Trustee
Office of the U.S. Trustee
110 N. College Ave.
Suite 300
Tyler, TX 75702-7231

UT Southwestern Medical Center
P.O. Box 848009
Dallas, TX 75284-8009

Wanda S. Wilson
2339 Summit Forest
Fredericksburg, TX 78624-7744

End of Label Matrix
Mailable recipients    28
Bypassed recipients     0
Total                  28